UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JADEN THOMAS, et al. | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:18-cv-03305-TWP-DML ) |
| THE TRUSTEES OF INDIANA UNIVERSITY, | ) ) ) ) |
| Defendant. | ) |

## Entry and Order from Status Conference

The parties, by counsel, appeared for a status conference on November 26, 2018, with the magistrate judge. The court establishes the following briefing schedule on the plaintiffs' motion for preliminary injunction. Plaintiffs' opening brief is due by January 15, 2019; defendant's response is due by February 1, 2019; plaintiffs' reply is due by February 15, 2019.

So ORDERED.

Date: 12/6/2018

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system